```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 26901
    ERIKA D ELAM PREWITT
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

              Debtor
    SSN XXX-XX-7248

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/20/2004 and was confirmed 09/21/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  25.08% from remaining funds.

     The case was paid in full 08/24/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------
MAZDA AMERICAN CREDIT     SECURED            3500.00        306.34        3500.00
MAZDA AMERICAN CREDIT     UNSECURED OTH       562.21           .00         141.04
CHARLES J ZASSO DDS       UNSECURED         NOT FILED          .00             .00
AT & T WIRELESS           FILED LATE          677.23           .00             .00
GENESIS CLINICAL LAB      UNSECURED         NOT FILED          .00             .00
ILLINOIS DEPARTMENT OF E  UNSECURED           1715.25          .00          430.22
ILLINOIS DEPARTMENT OF E  NOTICE ONLY       NOT FILED          .00             .00
NORTHWEST ASSOC WOMENS H  UNSECURED         NOT FILED          .00             .00
US DEPT OF EDUCATION      UNSECURED           5429.51          .00         1361.83
ZALUTSKY & PINSKI LTD     REIMBURSEMENT        78.00           .00           78.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY        2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                            482.57
DEBTOR REFUND             REFUND                                              48.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              9,048.00

PRIORITY                                   78.00
SECURED                                 3,500.00
    INTEREST                              306.34
UNSECURED                               1,933.09
ADMINISTRATIVE                          2,700.00
TRUSTEE COMPENSATION                      482.57
DEBTOR REFUND                              48.00
                    --------------     --------------
TOTALS               9,048.00           9,048.00



              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 26901 ERIKA D ELAM PREWITT
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/29/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 26901 ERIKA D ELAM PREWITT